UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ADIN C. GOLDBERG, an individual,

                Plaintiff,

v.

AMERICAN EXPRESS CENTURION
BANK; CHRISTOPHER KAUFMANN; and
CHRISTOPHER KAUFMANN, LLC,

                Defendants.

---------------------------------------------------------------X

Civil Action No.: 15-cv-6061

**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE**, that upon the attached affirmation of Kenneth E. Chase, I, Kenneth E. Chase, wish to be withdrawn as counsel of record for Defendant, American Express Centurion Bank.

    **PLEASE TAKE FURTHER NOTICE** that John M. Lyons of Shook, Hardy & Bacon L.L.P. will remain as counsel of record for Defendant, American Express Centurion Bank.

Dated: August 11, 2016

                                          Respectfully submitted,

                                          By: /s/ Kenneth C. Chase
                                          Kenneth E. Chase
                                          Chase Law, LLC
                                          2001 L Street, Suite 500
                                          Washington, DC 20036
                                          Phone: (202) 365-5130
                                          Email: kchase@chaselaw.com

                                          *Counsel for Defendant American Express Centurion Bank*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ADIN C. GOLDBERG, an individual,

          Plaintiff,

v.

AMERICAN EXPRESS CENTURION BANK; CHRISTOPHER KAUFMANN; and CHRISTOPHER KAUFMANN, LLC,

          Defendants.

---------------------------------------------------------------X

Civil Action No.: 15-cv-6061

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

Kenneth E. Chase declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I was formerly with the law firm of Shook, Hardy & Bacon L.L.P., attorneys for Defendant, American Express Centurion Bank. As such, I am fully familiar with the facts and circumstances I describe below. I submit this Declaration in support of the motion for an order allowing me to withdraw as counsel the Defendant, American Express Centurion Bank.

2. I now practice law with the law firm Chase Law, LLC and I no longer practice law at the law firm Shook, Hardy & Bacon L.L.P.

3. John M. Lyons of Shook, Hardy & Bacon L.L.P. will remain counsel of record for Defendant, American Express Centurion Bank.

4. My withdrawal will have no adverse impact on the Defendant, American Express Centurion Bank, who will continue to be represented by John M. Lyons at Shook, Hardy & Bacon L.L.P.

5. For the foregoing reasons, I respectfully request that this Court enter an order allowing me to withdraw as counsel of record for Defendant, American Express Centurion Bank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2016.

                                                  */s/ KTC.CC*
                                                  Kenneth E. Chase

3838300

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4** and **DECLARATION OF KENNTH E. CHASE** was served upon all counsel of record in this action via the U.S. District Court CM/ECF e-filing system on August 11, 2016.

_____/s/ Kenneth E. Chase

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
ADIN C. GOLDBERG, an individual, :
                  Plaintiff, : Civil Action No.: 15-cv-6061
:
      v. :
:
AMERICAN EXPRESS CENTURION : **[PROPOSED] ORDER REGARDING**
BANK; CHRISTOPHER KAUFMANN; and : **MOTION TO WITHDRAW AS**
CHRISTOPHER KAUFMANN, LLC, : **COUNSEL PURSUANT TO LOCAL**
: **RULE 1.4**
                 Defendants. :
---------------------------------------------------------------- X

      The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Kenneth E. Chase to withdraw as counsel for Defendant, American Express Centurion Bank and it appearing to the Court that the relief requested is appropriate,

      **IT IS HEREBY ORDERED** that Kenneth E. Chase is granted leave to withdraw from his representation of Defendant, American Express Centurion Bank in this action and that such withdrawal is effective immediately.

Dated:                                  SO ORDERED:

_____                  _____

3838300